**Public Act 093-0974**

HB4247 Enrolled                               LRB093 19650 JAM 45391 b

    AN ACT concerning public bodies.

    Be it enacted by the People of the State of Illinois,
represented in the General Assembly:

    Section 5. The Open Meetings Act is amended by changing
Section 2.06 as follows:

    (5 ILCS 120/2.06)   (from Ch. 102, par. 42.06)
    Sec. 2.06. (a) All public bodies shall keep written minutes
of all their ~~open~~ meetings, whether open or closed, and a
verbatim record of all their closed meetings in the form of an
audio or video recording. Minutes shall include, but need not
be limited to:
        (1) the date, time and place of the meeting;
        (2) the members of the public body recorded as either
    present or absent; and
        (3) a summary of discussion on all matters proposed,
    deliberated, or decided, and a record of any votes taken.
    (b) The minutes of meetings open to the public shall be
available for public inspection within 7 days of the approval
of such minutes by the public body.
    (c) The verbatim record may be destroyed without
notification to or the approval of a records commission or the
State Archivist under the Local Records Act or the State
Records Act no less than 18 months after the completion of the
meeting recorded but only after:
        (1) the public body approves the destruction of a
    particular recording; and
        (2) the public body approves minutes of the closed
    meeting that meet the written minutes requirements of
    subsection (a) of this Section.
    (d) Each public body shall periodically, but no less than
semi-annually, meet to review minutes ~~and recordings~~ of all
closed meetings. At such meetings a determination shall be
made, and reported in an open session that (1) the need for
confidentiality still exists as to all or part of those minutes
or (2) that the minutes ~~or recordings~~ or portions thereof no
longer require confidential treatment and are available for
public inspection.
    (e) Unless the public body has made a determination that
the verbatim recording no longer requires confidential
treatment or otherwise consents to disclosure, the verbatim
record of a meeting closed to the public shall not be open for
public inspection or subject to discovery in any administrative
or judicial proceeding other than one brought to enforce this
Act. In the case of a civil action brought to enforce this Act,
the court, if the judge believes such an examination is
necessary, must ~~may~~ conduct such in camera examination of the
verbatim record as it finds appropriate in order to determine
whether there has been a violation of this Act. In the case of
a criminal proceeding, the court may conduct an ~~in camera~~



examination in order to determine what portions, if any, must be made available to the parties for use as evidence in the prosecution. <u>Any such initial inspection must be held in camera.</u> If the court ~~or administrative hearing officer~~ determines that a complaint or suit brought for noncompliance under this Act is valid it may, for the purposes of discovery, redact from the minutes of the meeting closed to the public any information deemed to qualify under the attorney-client privilege. The provisions of this subsection do not supersede the privacy or confidentiality provisions of State or federal law.
    (f) Minutes of meetings closed to the public shall be available only after the public body determines that it is no longer necessary to protect the public interest or the privacy of an individual by keeping them confidential.
(Source: P.A. 93-523, eff. 1-1-04.)

**Effective Date:** 1/1/2005

**Floor Actions**

| Date | Action |
|---|---|
| 8/20/2004 | Public Act . . . . . . . . .093-0974 |