IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 C 4620 |
| v. ) | |
| ) | |
| OAKBROOK TERRACE FIRE PROTECTION ) | |
| DISTRICT, GREGORY J. SEBESTA, DONALD ) | JUDGE FILIP |
| VENTURA, ANDY SARALLO AND JOE ) | MAG. JUDGE DENLOW |
| DRAGOVICH, ) | |
| ) | |
| Defendants. ) | |

### RE-NOTICE OF MOTION

To: Stephen H. DiNolfo, Ottosen, Trevarthen, Britz, Kelly & Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187

YOU ARE HEREBY NOTIFIED that on March 8, 2006, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Morton Denlow, or any Judge sitting in his stead, in Room 1350 of the United States District Court, Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, IL 60604, and present the previously filed **Plaintiff's Motion to Compel Production and for an Extension of Time to Conduct Fact Discovery.**

_____
Attorney for Plaintiff

Gregory J. Abbott
Law Office of Gregory J. Abbott
5205 S. Washington Street
Downers Grove, IL 60515
(630) 963-7938

### Certificate of Service

I, Gregory J. Abbott, an attorney, certify that I served this Notice of Motion by faxing a copy of same to Stephen H. DiNolfo, Ottosen, Trevarthen, Britz Kelly and Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187 before 4:00 p.m. on March 3, 2006.

Date: March 3, 2006 _____
Gregory J. Abbott