# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4620 | **DATE** | 3/8/2006 |
| **CASE TITLE** | Brian Kodish vs. Oakbrook Terrace Fire Protection District | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff's Motion to compel production and for an extension of time to conduct fact discovery. Plaintiff's motion to compel is taken under advisement. Parties to submit simultaneous briefs on or by 3/22/06. Defendant to submit the portion of the transcript that deals with the employment decision in camera on or by 3/22/06. Ruling by mail on or by 4/5/06. Plaintiff's motion for an extension of time to conduct fact discovery is granted. Fact discovery extended to 5/31/06. Status hearing set for 5/4/06 at 10:00 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | DK |
|---|---|---|