**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

Brian Kodish

                              Plaintiff,

v.                                                     Case No.: 1:05−cv−04620
                                                     Honorable Mark Filip

Oakbrook Terrace Fire Protection District, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 21, 2006:

      MINUTE entry before Judge Morton Denlow :Enter Memorandum Opinion and Order. The Court grants in part and denies in part Plaintiff's motion to compel [22] the audiotape of Oakbrook Terrace Fire Protection District closed session meeting on 8/11/2004. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Status hearing set for 5/4/06 is stricken. Motions terminated: MOTION by Plaintiff Brian Kodish to compelMOTION by Plaintiff Brian Kodish for extension of time[22], Judge Morton Denlow no longer referred to the case.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.