IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OAKBROOK TERRACE FIRE PROTECTION )<br>DISTRICT, GREGORY J. SEBESTA, DONALD)<br>VENTURA, ANDY SARALLO AND JOE )<br>DRAGOVIC )<br>)<br>Defendants. ) | No. 05 C 4620<br><br><br><br>JUDGE FILIP<br>MAG. JUDGE DENLOW |

## NOTICE OF MOTION

To:   Stephen H. DiNolfo, Ottosen, Trevarthen, Britz, Kelly & Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187

YOU ARE HEREBY NOTIFIED that on July 5, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Filip, or any Judge sitting in his stead, in Room 1919 of the United States District Court, Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, IL 60604, and present the **Plaintiff's Motion for Enlargement of Time.**

    /s/  Gregory J. Abbott
Attorney for Plaintiff

Gregory J. Abbott
Law Office of Gregory J. Abbott
5205 S. Washington Street
Downers Grove, IL 60515
(630) 963-7938

### Certificate of Service

I, Gregory J. Abbott, an attorney, certify that I served this Notice of Motion by ECF Filing to Stephen H. DiNolfo, Ottosen, Trevarthen, Britz Kelly and Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187 on June 29, 2006.

Date: June 29, 2006            /s/  Gregory J. Abbott
Gregory J. Abbott