

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH, )<br>)<br>Plaintiff )<br>) No. 05C4620<br>Vs. )<br>) Judge ~~Filip~~ Der-Yeghiayan<br>OAKBROOK TERRACE FIRE PROTECTION )<br>DISTRICT, GREGORY J. SEBESTA, DONALD )<br>VENTURA, ANDY SARALLO, and JOE )<br>DRAGOVICH, )<br>)<br>Defendants. ) | |

### PROTECTIVE ORDER

This matter comes before the Court on the stipulation of counsel for plaintiffs and counsel for defendants for the entry of an order governing the disclosure and handling of documents that plaintiff Brian Kodish considers to be confidential.

The Court being duly advised, now ORDERS:

1.  A subpoena was issued on May 22, 2006. As part of that subpoena request certain documents were obtained pertaining to the employment history, job performance, and discipline of the plaintiff, Brian Kodish. The Court ordered that these documents could be subpoenaed only pursuant to a protective order.

2.  Information and documents subject to this Order may be disclosed only to (a) a party, (b) attorneys for a party and their paralegal and clerical staffs, and (c) experts retained by a party for assistance in trial preparation or for testimony. Disclosure shall be made to such persons only as necessary for the

prosecution of this lawsuit and only after the person to whom disclosure is made has been provided with a copy of this Order and has agreed to be bound by it. Such persons must read and/or review these documents in the offices of either plaintiff's or defendant's counsel and must not remove them from either of these offices without joint approval of the parties. Designated information shall not be disclosed to any person or in any manner not specified in this Order or used for any purpose other than the prosecution of this lawsuit.

3. Upon termination of this action, either by judgment or by settlement, it has been agreed that all of the aforementioned documents will be destroyed.

_____
Judge

Dated: July 20, 2006.


Prepared by:
Stephen H. DiNolfo
Ottosen Britz Kelly Cooper & Gilbert
300 South County Farm Road, Third Floor
Wheaton, IL 60187
(630) 682-0085