PLAINTIFF'S EXHIBIT "A"

DEPOSITION TRANSCRIPT OF CHIEF GREGORY SEBESTA