SUMMARY OF EMPLOYMENT
BRIAN R. KODISH
START DATE: June 11, 2003

1. June 2, 2003, employee began first scheduled shift, all necessary paperwork was completed by employee including the explanation and review of the Employee Policy Manual.

2. June 11, 2003, employee completed Emergency Vehicle Operations course as created by Volunteer Fireman's Insurance Service (VFIS) to operate the Fire Districts' Medic Units and Pick Up truck.

3. June 20, 2003, employee completed minimum requirements set forth by Fire District Policy relating to refresher training at the Firefighter II level. Upon completing the above task, employee shall be permitted to operate and participate in all fire service related task assignments under the direct supervision of a Company Officer.

4. August 20, 2003, Fire Chief Gregory J. Sebesta was approached by Firefighter / EMT-B Michael Kuryla indicating that he was approached by Firefighter / Paramedic Brian R. Kodish requesting that Michael Kurlya contact Firefighter / Paramedic Ryan Gilleran to get his viewpoint in Brian Kodish pursuing a Collective Bargaining Unit amongst the Full Time employees.

5. August 20, 2003, Fire Chief Gregory J. Sebesta contacted Board President Valle indicated the conversation with Michael Kuryla and requested verbal consent to contact Legal Counsel for proper review relating to Collective Bargaining Statute. Consent given by Board President Valle to contact Legal Counsel.

6. August 25, 2003, Fire Chief Gregory J. Sebesta contacted Fire District Attorney John Fassola relating to the August 20, 2003 matter.

7. August 28, 2003, Fire Chief Gregory J. Sebesta received correspondence from Attorney Fassola relating to the telephone conversation conducted on August 25, 2003 between Fire Chief Gregory J. Sebesta and Fire District Counsel. *"SEE OPINION LETTER DATED AUGUST 28, 2003".*

8. September 2, 2003, employee earned 24 hours of accrued sick time for completion of first of probationary period.

9. September 10, 2003, Fire Chief Gregory J. Sebesta and Fire District Attorney reviewed an opinion letter that was drafted August 28, 2003 by Attorney Fassola relating to the Illinois Public Labor Relations Act 5 ILCS 315/1 et.seq. This discussion was held during regular session of the Board of Trustees meeting held on the above date.

10. September 12, 2003, employee completed Emergency Vehicle Operations course as created by Volunteer Fireman's Insurance Service (VFIS) to operate the Fire District's two Engine Companies.

11. September 12, 2003, Fire Chief Gregory J. Sebesta advised Firefighter / Paramedic Brian Kodish of the opinion letter that was discussed at the September 10, 2003 Board of Trustees meeting relating to Collective Bargaining Statute. Chief Sebesta further indicated to Firefighter / Paramedic Kodish that if there are issues of this magnitude to address them directly to the Fire Chief and not get other employees involved with issues that they can not render a decision on. Firefighter / Paramedic Kodish further indicated to Chief Sebesta that the whole situation was blown out of proportion and that it is his opinion that a union would be good to have in place if the Board of Trustees decided to take benefits away from its' Full Time employees.

12. September 21, 2003, *"See Memo received from Captain David Clark".*



000006

13. September 24, 2003, employee requested 12 hours of sick time, followed policy in calling into work. Sick time granted.

14. October 27, 2003, Fire Chief Gregory J. Sebesta reviewed with employee Brian R. Kodish his first quarter review of employment toward completing his probationary period. No comments noted by the employee on his review. *"See attached review"*.

15. November 5, 2003, employee requested 12 hours of sick time, followed policy in calling into work. Sick time granted. As of 11/5/03 employee has no accrued sick time available.

16. November 14, 2003, Fire Chief Gregory J. Sebesta received a telephone call at approximately 8:15 pm on the above date from Captain David Clark. Captain Clark advised me that he had himself, Lt. Turkovich, Firefighter / Paramedic Brian Kodish and Firefighter / Emt Donald Bodan in the office trying to work out a personality clash between Brian Kodish and Donald Bodan. Captain Clark advised me that the meeting turned very hostile and that he requested my presence at the meeting. Fire Chief Gregory J. Sebesta arrived at the station at 8:45 pm and was briefed by Captain Clark as to what had transpired during the meeting. Upon reconvening into the meeting, Chief Sebesta advised all parties involved that this was not a disciplinary meeting / hearing but a discussion to find out what conflicts there are between employees Donald Bodan and Brian Kodish. After a lengthy discussion, it was deemed that both individuals shall and must view employee relations in a positive note as a high priority and that both individuals involved are causing negativity throughout the department with their poor attitudes. The meeting was adjourned at 10:45 pm with both parties agreeing that their employment status could be in jeopardy if their conduct as presented continues. *"No disciplinary action taken toward either Brian R. Kodish or Donald Bodan"*.

17. December 2, 2003, employee earned 24 hours of accrued sick time for completion of 2nd quarter of probationary period.

18. December 4, 2003. Employee upon review of his pay stub questioned as to why Social Security Taxes were being withheld, upon review by Chief Sebesta and Renee Boksa a payroll input error had occurred and the necessary changes have been made. Employee further indicated that this deduction had been questioned before and that nothing was done by either Chief Sebesta or Renee Boksa.

19. December 10, 2003, Fire Chief Gregory J. Sebesta advised the Board of Trustees at the regular meeting that a payroll error had occurred with Brian R. Kodish payroll. Chief Sebesta further indicated that Social Security Taxes were withheld inadvertently and that the Board should consider reimbursing the employee the amount of $ 1,175.91. The Board agreed to make a disbursement check to employee Brian R. Kodish in the amount not to exceed $ 1,175.91 for payroll taxes that were inadvertently withheld. *"See attachment / agreement relating to the above matter"*.

20. December 11, 2003, employee received 24 hours of available accrued sick time for the completion of his second quarter of probationary employment. As of December 11, 2003, employee has accrued a total of 24 hours of available sick time.

21. December 12, 2003, Fire Chief Gregory J. Sebesta received a telephone call from Firefighter / Paramedic Brian Kodish. The telephone conversation was in relation to personal issues that Brian is having with several Fire District employees. After a lengthy telephone conversation with Brian Kodish, I closed the conversation by indicating to him that all employees need to focus on their job responsibilities and to put aside personal issues with other Fire District employees. I further indicated to Brian that most issues that have been brought to my attention are those that have been deemed non-operational.

000007

22. December 15, 2003, at the request of employee Brian R. Kodish, a request for a shift change was received by Fire Chief Gregory J. Sebesta. Upon review the shift change request was granted. *"See attached memo dated December 14, 2003, received by Chief Sebesta on December 15, 2003".*

23. December 15, 2003, received memo from Firefighter / Paramedic Arends. *"See attached memo".*

24. December 23, 2003, Fire Chief Gregory J. Sebesta received personal injury report from employee Brian R. Kodish. *"See attached Memo". "See attached Memo"* that was received by Lt. Johnny Turkovich and forward to Fire Chief Gregory J. Sebesta relating to the reporting of a personal injury from Brian R. Kodish. Employee Brian Kodish was given a verbal reprimand from Fire Chief Gregory J. Sebesta for not complying with Fire District policy by not reporting immediately a job related illness / injury. Fire Chief Gregory J. Sebesta later downgraded reprimand to an educational reminder due to employee Kodish indicating that he would have reported injury if he knew he was actually hurt / injured.

25. December 29, 2003, received a copy of a memo dated December 15, 2003 from Captain Clark that he had received from Lt. Halik. *"See attached memo".*

26. January 2, 2004, *"See attached Memo"* drafted to Ms. Diaz relating to personal injury report from Fire Chief Gregory J. Sebesta including Form 45 Employers First Report of Injury or Illness.

27. January 7, 2004, *"See attached document"* relating to employee Brian R. Kodish receiving Illinois Industrial Commission Employee handbook relating to December 23, 2003 Form 45.

28. January 8, 2004, employee requested 12 hours of sick time, followed policy in calling into work. 12 hours of sick time granted for regularly scheduled shift of January 9, 2004, 6:00am thru 6:00pm.

29. January 8, 2004, received memo from Ems coordinator Patrick Arends in reference to Firefighter / Paramedic Brain Kodish being deficient in completing Ambulance Run reports properly. *"See attached memo".*

30. January 12, 2004, received memo Firefighter / Paramedic Brian Kodish, requesting that his Kelly Day be moved to February 20, 2004. Request granted by Fire Chief Gregory J. Sebesta, see memo from Brian Kodish as reference only.

31. January 15, 2004, employee Brian Kodish is scheduled to meet with Fire Chief Gregory J. Sebesta to conduct employee's second quarter probationary period review. *"See attached review".*

32. January 21, 2004, Fire Chief Gregory J. Sebesta conducted 2nd quarter probationary review with employee Brian R. Kodish. No additional comments noted in review by employee. "See attached review".

33. February 26, 2004, probationary employee Brian Kodish receives verbal reprimand (See Attachment).

34. February 29, 2004, employee requested 24 hours of sick time, followed policy in calling into work. 24 hours of sick time granted for regularly scheduled shift of February 29, 2004, 6:00am thru 6:00am.

35. March 2, 2004, employee earned 24 hours of accrued sick time for completion of 3rd quarter of probationary period.

36. March 3, 2004, Fire Chief Gregory J. Sebesta was approached by employee Brian Kodish relating to an injury that he claimed occurred on December 17, 2003. He advised me that he went to his own Physician, and the Physician felt that an MRI would be best for his patient. I advised employee Brian Kodish that I would contact the Fire Districts' Workers Compensation Company and advise him of their decision.

37. March 4, 2004, Fire Chief Gregory J. Sebesta contacted Elaine Serafino from the Illinois Public Risk Fund and advised her on the above situation / inquiry made by employee Brian Kodish. Elaine advised me to contact employee Brian Kodish directly and have him contact the Illinois Public Risk Fund at 1-888-532-6981 x 2726. Telephone contact made with employee Brian Kodish on March 4, 2004 at 1:30pm advising him on what Elaine Serafino indicated to me.

38. March 22, 2004, Fire Chief Gregory J. Sebesta received faxed copy from Open MRI of Olympia Fields, LLC. of MRI results pertaining to employee Brian Kodish.(See Attachment)

39. March 24, 2004, Fire Chief Gregory J. Sebesta received faxed copy of unable to return to work as of March 24, 2004 from Dr. Mehl of Suburban Heights Medical Center. (See Attachment)

40. As indicated of above fax memo, employee Brian Kodish is scheduled to have surgery May 7, 2004.

41. June 2, 2004, employee earned 72 hours of accrued sick time for completion of probationary period.

42. June 2, 2004, employee earned 144 hours of accrued sick time for reaching anniversary period.

43. July 23, 2004, Fire Chief Gregory J. Sebesta received fax memo from Dr.Mehl releasing employee Brian Kodish back to full duty to his normally assigned shift of July 25, 2004. Copy of this release forward to Illinois Public Risk Fund.

44. July 27, 2004, Fire Chief Gregory J. Sebesta, received fax copy of IME Report from Illinois Public Risk Fund.

45. July 29, 2004, Fire Chief Gregory J. Sebesta delivered copy of above report to Corporate Counsel John Fassola, of the Law firm of Power & Cronin Ltd. Oak Brook, IL. Also included to attorney Fassola was a financial breakdown of the Expenses and Revenues complied by the Oakbrook Terrace Fire Protection District during the absence of employee Brian Kodish from the period of March 25, 2004 through July 24, 2004.

46. August 2, 2004, Fire Chief Gregory J. Sebesta received phone call from Firefighter Paramedic Brian Kodish at 4:40 pm. Brian had indicated that he had received a letter from Illinois Public Risk Fund the Fire Districts' Worker Comp carrier indicating that they have denied his claim of 12/17/03 and that they have viewed this as not a job related injury. I advised Brian Kodish that I have received a copy of the same letter from IPRF and that he should contact them directly. The letter received by him was drafted by IPRF and not an agent or representative of the Oakbrook Terrace Fire Protection District. Brian responded by indicating that he will contact IPRF for explanation on Tuesday August 3, 2004.

47. August 9, 2004, employee Brian Kodish contacted the station and advised that he could not work his scheduled shift. Employee was deducted 24 hours from his accrued sick time.

48. August 11, 2004, the Board of Trustees / Fire Commissioners directs Fire Chief Gregory J. Sebesta to draft letter of termination to Full Time Commissioned Probationary Firefighter Paramedic Brian Kodish.

49. August 12, 2004, Fire Chief Gregory J. Sebesta conducts interview with employee Brian Kodish at approximately 3:00 PM on the above date. Chief Gregory J. Sebesta explains to employee Brian Kodish that the Board of Trustees / Fire Commissioners have authorized Fire Chief Gregory J. Sebesta to draft a letter of terminated relating to his employment with the Fire District. I advised Brian Kodish that I would recommend that he resign from his position with the Fire District verses being terminated. Brian Kodish accepted my suggestion of resigning his position. I further indicated to Brian Kodish that his resignation would be forwarded to the Board of Trustees / Fire Commissioners

for review, approval or denial. Former employee Brian Kodish left property approximately one hour after interview with Fire Chief Gregory J. Sebesta.

50. August 19, 2004, Chief Gregory J. Sebesta received Cobra Benefits information packet for former employee Brian Kodish.

51. August 20, 2004, Fire Chief Gregory J. Sebesta met with former Fire District employee to return items and belongings of the Oakbrook Terrace Fire Protection District. Note, former employee did not return Full Time Commissioned Employee Wage & Benefit Policy. Former employee requested another copy of the Fire Districts' sick policy with Chief Sebesta supplied him with. Former employee was also given the Cobra Benefits Packet supplied by Fortis Insurance.

52. September 7, 2004, Fire Chief Gregory J. Sebesta sent via Certified Mail the Schedule Page of benefits to Brian Kodish pertaining to his Cobra Insurance provided by Fortis Insurance Company.

53. September 8, 2004, The Board of Trustees / Fire Commissioners reviews copy of resignation letter from former employee Brian Kodish at regular meeting. The Board accepts resignation letter with no further action.

54. December 2, 2004, Fire Chief Gregory J. Sebesta received express mail delivery from former employee Brian Kodish (See Attachment). Above attachment was faxed to Corporate Counsel John Fassola for review.

55. December 3, 2004, Payroll check was sent to former employee Brian Kodish for earned but not used accrued sick time less amount subtracted for Cobra Coverage liability. Upon audit of accrued sick time earned for former employee Brian Kodish, it was determined that the Oakbrook Terrace Fire Protection District still owes Brian Kodish 72 hours of accrued sick that will be sent to him upon processing of the Fire District next payroll period.

(See Attachment of payroll check sent December 3, 2004).

### OAKBROOK TERRACE FIRE PROTECTION DISTRICT
**Minutes of Meeting**
**Conducted during Closed Session**
**August 11, 2004**

CLOSED SESSION:

The roll call indicated the following: Present: Trustees Ventura, Sarallo, Dragovich, Chief Sebesta, Attorney Fassola, Secretary Boksa. Absent: None

President Ventura called the Closed Session to order at 7:48 pm.
Dragovich moved, seconded by Sarallo.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None
MOTION PASSES

Chief Sebesta thanked the Board for going into Closed Session for Personnel Matters.
Personnel matters were discussed in Closed Session.

Dragovich moved, seconded by Sarallo to adjourn the Closed Session and return to the regular meeting at 8:47 pm.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None
MOTION PASSES

Submitted by,

Renee F. Boksa
Recording Secretary



## OAKBROOK TERRACE FIRE PROTECTION DISTRICT
## BOARD OF TRUSTEES
## REGULAR MEETING MINUTES
## AUGUST 11, 2004

### CALL TO ORDER:

Trustee Ventura called the Regular Meeting of the Board to order at 7:00 PM.

### ROLL CALL

The roll call indicated the following: Present: Trustees Ventura, Sarallo, Dragovich
Also Present: Chief Sebesta, Attorney John Fassola
Absent: None

### PLEDGE OF ALLEGIANCE

The Pledge of Allegiance was said by all present.

### MINUTES OF THE PRIOR MEETING

MOTION

Sarallo motioned to approve the Regular Meeting Minutes of July 14, 2004, seconded by Dragovich.

APPROVE

Roll Call: Ventura, Sarallo, Dragovich. Absent: None

MINUTES

MOTION PASSES

### FINANCIAL TREASURER'S REPORT

Trustee Sarallo read the Treasurer's report as follows: For July 31, 2004, Harris Bank of Oakbrook Terrace, balance $ 9,897.79.
The District's Oak Brook Bank account's balance is $ 284,054.44.

Sarallo motioned to approve the Treasurer's Report as presented, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None

MOTION PASSES

### PUBLIC PARTICIPATION

There was no public participation at this time.



EXHIBIT
D

OAKBROOK TERRACE FIRE PROTECTION DISTRICT
BOARD OF TRUSTEES
REGULAR MEETING MINUTES
August 11, 2004
Page 2

## OLD BUSINESS

A.  **Annual Budget & Appropriation Ordinance #04-05-01:** Trustee Ventura read and reviewed the Annual Budget & Appropriation Ordinance #04-05-01 for the fiscal year beginning June 1, 2004 and ending May 31, 2005.
Trustee Sarallo motioned to approve the Annual Budget & Appropriation Ordinance #04-05-01 as presented, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None
MOTION PASSES

B.  **Resolution #04-02/Vehicle Lease Purchase Agreement/Ford Motor Credit Co.:** The Board of Trustees reviewed and approved Resolution #04-02/a four year lease purchase agreement with Ford Motor Credit Company for a 2005 Ford Crown Victoria. This Resolution revokes Resolution #04-01, previously enacted on the May 12, 2004 meeting.
Dragovich motioned to approve Resolution #04-02 as presented, seconded by Sarallo.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

C.  **Resolution #04-03 to Amend Trustee's Salary:** President Ventura and the Board of Trustees reviewed the resolution to amend the Trustee's annual compensation. Trustee Dragovich stated that he did not feel it was necessary to increase the Trustee's salary. Chief Sebesta feels that the raise is appropriate and well deserved for the Trustees. Chief Sebesta referred to all the hours and demands that are put on the Trustees, who also serve as Fire Commissioners for the District and the Pension Board.
Dragovich motioned to approve Resolution #04-03 as presented, seconded by Sarallo.
Roll Call: Ayes: Ventura, Sarallo.  Nay: Dragovich
MOTION PASSES

D.  Other New Business:
No other new business was required at this time.

## CLOSED SESSION

No closed session was required at this time.

OAKBROOK TERRACE FIRE PROTECTION DISTRICT
BOARD OF TRUSTEES
REGULAR MEETING MINUTES
August 11, 2004
Page 3

## NEW BUSINESS

A.  **Review and Approve Current Bills:** Trustee Sarallo read the grand total of $ 19,968.45 for current bills as of August 11, 2004.

Sarallo motioned to approve the current bills as presented, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None
MOTION PASSES

B.  **Ordinance #04-04 Relating to Tax Referendum Filing:** The District is submitting a Referendum to increase the tax revenue from 1.9% to 4.9%. If this referendum passes, it would increase the District's revenue a total of $52,000.00. These additional monies would enable the District to service the community at a higher level, with much needed improvements such as replacing the ambulance and replacing the cardiac monitors with the latest technology. The last referendum passed was in November 2000. Because the District has more businesses in town, which bring in most of the revenue, the cost to the homeowner would only increase approximately $2.50-$3.50 per year.
Dragovich motioned to approve the submitting of the Tax Referendum Ordinance #04-04 as presented, seconded by Sarallo.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

C.  **Resolution #04-04 relating to NIMS/National Incident Management System:** Chief Sebesta explained to the Board of Trustees how NIMS operates. This is a required government approach for all entities to work under a unified command center. There are specific government guidelines that are followed, to prepare and respond to disaster incidents.
Sarallo motioned to approve Resolution #04-04, adopting NIMS, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.

D.  **Other New Business:**
No other new business required at this time.

## CORRESPONDENCE

No correspondence required at this time.

OAKBROOK TERRACE FIRE PROTECTION DISTRICT
BOARD OF TRUSTEES
REGULAR MEETING MINUTES
August 11, 2004
Page 4

### FIRE CHIEFS' REPORT

A.   **Personnel Matters/Issues:** Chief Sebesta requested a Closed Session to discuss personnel matters at 7:47pm.
Sarallo motioned to go into Closed Session, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

### RETURNED TO REGULAR SESSION

Trustee Dragovich motioned to return to regular meeting session at 8:49pm, seconded by Sarallo.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

Personnel matters were discussed in Closed Session.

The Board of Trustees/Board of Fire Commissioners authorized Chief Sebesta to draft a letter to terminate the employment of Probationary Commissioned Firefighter/Paramedic Brian Kodish.
Sarallo motioned to approve this authorization, seconded by Dragovich.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

B.   **Bid Proposals for Cardiac Monitor Replacement:** Chief Sebesta presented to the Board two proposals for cardiac monitors. The first bid was from Medtronics Physio-Control for $14,500.00 plus a maintenance agreement of $760.00 per year which includes all upgrades of software and any breakage of the monitor. The second bid was from Zoll Manufacturing for $21,561.37. All of the Paramedics had the opportunity to work with both models. EMS Coordinator, FF/PM Pat Arends explained in detail to the Trustees, the importance and life saving features of the monitor.
Sarallo motioned to approve the purchase of a cardiac monitor from Medtronics Physio-Control per quote, not to exceed $15,260.00, seconded by Ventura.
Roll Call: Ventura, Sarallo, Dragovich. Absent: None.
MOTION PASSES

C.   **Purposed IPPFA Deferred Compensation Plan:** Chief Sebesta informed the Board that the District is looking at a outside vendor regarding deferred compensation. Chief Sebesta will have more information and more discussion at the September meeting.

OAKBROOK TERRACE FIRE PROTECTION DISTRICT
BOARD OF TRUSTEES
REGULAR MEETING MINUTES
August 11, 2004
Page 5

## LEGAL COUNSEL REPORT

There was no report needed at this time.

## ADJOURNMENT

MOTION          Sarallo moved, seconded by Dragovich to adjourn the meeting.
ADJOURN         Roll Call: Ventura, Sarallo, Dragovich. Absent: None

MOTION PASSES
The regular meeting of the Oakbrook Terrace Fire Protection District Board
adjourned at 9:18 pm.

Submitted by,

Renee F. Boksa
Recording Secretary