IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH,<br><br>    Plaintiff,<br><br>v.<br><br>OAKBROOK TERRACE FIRE PROTECTION DISTRICT, GREGORY J. SEBESTA, DONALD VENTURA, ANDY SARALLO AND JOE DRAGOVICH,<br><br>    Defendants. | No. 05 C 4620<br><br>JUDGE FILIP |

### AFFIDAVIT OF BRIAN KODISH

I, Brian Kodish, being first duly sworn under oath, depose and state the following.

1. I am over the age of 18.

2. After I signed the letter of resignation on August 12, 2004, my insurance benefits from Oakbrook Terrace Fire Protection District ended at the end of August 2004. Starting in September 2004, I paid for COBRA insurance coverage.

3. After being terminated by Oakbrook Terrace Fire Protection District, I received unemployment insurance benefits.

4. In 2003, I overheard Lt. Turkovich tell firefighter/paramedic Michael Kus that the Chief Sebesta does not like unions.

5. Pat Arends told me my first week on the job that Chief Sebesta does not like unions because you have to live and die by the rules.

6. Chief Sebesta told me during my first 6 months that he did not like unions because you then have to "live and die with the rules". He told me that again on August 12, 2004, when he told me I was being terminated for taking a sick day that I had not earned. Those were the only 2 times he used the phrase "live and die by the rules".

7. The only discipline I received was for not letting the engine cool off before parking it in the firehouse.

8. I have personal knowledge of the above.


If called at trial I would so testify.

Further affiant sayeth naught.

*Brian Kodish* (signature)
Brian Kodish

Subscribed and sworn to before me this
24th day of November, 2006

*Karin M. Dusek* (signature)
Notary Public

My commission expires on

KARIN M. DUSEK
OFFICIAL SEAL
STATE OF ILLINOIS
MY COMMISSION EXPIRES
NOVEMBER 27, 2009

2