**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT, EASTERN DIVISION**

| | |
|---|---|
| BRIAN KODISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   No.:   05 C 4620 |
| | ) |
| OAKBROOK TERRACE FIRE PROTECTION DISTRICT, GREGORY J. SEBESTA, DONALD VENTURA, ANDY SARALLO and JOE DRAGOVICH, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW COUNSEL

NOW COME the Defendants, Oakbrook Terrace Fire Protection District, Gregory J. Sebesta, Donald Ventura, Andy Sarallo and Joe Dragovich, by and through their attorney Stephen H. DiNolfo of Ottosen Britz Kelly Cooper & Gilbert and move this Court for leave to withdraw the appearance of Ericka J. Thomas of Ottosen Britz Kelly Cooper & Gilbert as additional counsel for the defendants.

OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.

By:   /s/ Stephen H. DiNolfo
One of Its Attorneys

Stephen H. DiNolfo
Ottosen Britz Kelly Cooper & Gilbert
300 South County Farm Road, Third Floor
Wheaton, IL  60187
(630) 682-0085