# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4620 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Kodish v. Oakbrook Terrace Fire Protection District, et al | | |

**DOCKET ENTRY TEXT**

Because this case will be reassigned to a new district judge, the pending motion(s) are stricken without prejudice. The parties will be notified regarding a status before the new judge assigned, at which time the parties can raise the subject of reinstating motions and supporting memorandum, as appropriate, effective as of the date of reinstatement before the new judge. No additional briefing is contemplated on any fully-briefed motions. So ordered.

*/s/ Mark Filip*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GL |
|---|---|---|