IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> OAKBROOK TERRACE FIRE ) <br> PROTECTION DISTRICT, GREGORY ) <br> J. SEBESTA, DONALD VENTURA, ) <br> ANDY SARALLO and JOE ) <br> DRAGOVICH, ) <br> ) <br> Defendants. ) | No.:   05 C 4620 |

## NOTICE OF MOTION

TO:   Gregory Abbott, Esq., 5205 South Washington Street, Downers Grove, IL 60515

**YOU ARE HEREBY NOTIFIED** that on **March 27, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Samuel Der-Yeghiayan** or any judge sitting in his stead in **Room 1903** of the United States District Court, Northern District, Eastern Division, Illinois, and present the attached **Motion to Reinstate Defendants' Motion for Summary Judgment.**

/s/ Stephen H. DiNolfo
One of Defendants' attorneys

## CERTIFICATE OF ELECTRONIC FILING

I, the undersigned, on oath state that on the 19th day of March, 2008, I electronically served upon the above-named parties and filed with the Clerk of the U.S. District Court, Northern District, Eastern Division Court, **Motion to Reinstate Defendants' Motion for Summary Judgment,** a copy of which is attached hereto.

/s/ Stephen H. DiNolfo

OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.
ARDC No. 6206823
1804 N. Naper Blvd., Ste. 350
Naperville, IL 60563
(630) 682-0085