# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4620 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Brian Kodish vs. Oakbrook Terrace | | |

**DOCKET ENTRY TEXT**

Defendants' motion to reinstate Defendants' motion for summary judgment [108] is granted. Defendants' motion for summary judgment [58] is granted on the claims in Count I and the Court hereby dismisses without prejudice the state law claims in Counts II and III. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|