IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 C 4620 |
| v. ) | |
| ) | |
| OAKBROOK TERRACE FIRE PROTECTION ) | |
| DISTRICT, GREGORY J. SEBESTA, DONALD ) | JUDGE DER-YEGHIAYAN |
| VENTURA, ANDY SARALLO AND JOE ) | |
| DRAGOVICH, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S NOTICE OF APPEAL

NOW COMES the plaintiff, BRIAN KODISH, by and through his attorney, GREGORY J. ABBOTT, and hereby appeals to the Seventh Circuit Appellate Court, from the order of summary judgment entered on March 26, 2008.

RELIEF SOUGHT:

That the order of March 26, 2008, be reversed, or alternatively, vacated, and that this cause be remanded for further proceedings not inconsistent with the order of the Appellate Court.

Respectfully submitted,

 /s/ Gregory J. Abbott
Attorney for Plaintiff

Gregory J. Abbott
Law Office of Gregory J. Abbott
5205 S. Washington Street
Downers Grove, IL 60515
(630) 963-7938

## CERTIFICATE OF SERVICE

The undersigned, Gregory J. Abbott, an attorney, certifies that he served the following:

Plaintiff's notice of appeal

And that service was accomplished pursuant to ECF to Stephen H. DiNolfo, at Ottosen Trevarthen, Britz, Kelly & Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187 who is an e-Filing User on April 22, 2008.

Date: April 22, 2008

__/s/ Gregory J. Abbott__
Gregory J. Abbott

Under penalties as provided by law, I certify that the statements set forth herein are true and correct.

__/s/ Gregory J. Abbott
Gregory J. Abbott