IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, EASTERN DIVISION

| | |
|---|---|
| BRIAN KODISH )<br>)<br>    Plaintiff, )<br>)<br>   v. )<br>)<br>OAKBROOK TERRACE FIRE PROTECTION )<br>DISTRICT, GREGORY J. SEBESTA, DONALD)<br>VENTURA, ANDY SARALLO AND JOE )<br>DRAGOVIC )<br>)<br>    Defendants. ) | No. 05 C 4620<br><br>JUDGE DER-YEGHIAYAN<br>MAG. JUDGE DENLOW |

NOTICE OF FILING

To: Stephen H. DiNolfo, Ottosen, Trevarthen, Britz, Kelly & Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187

    YOU ARE HEREBY NOTIFIED that on April 22, 2008, I filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois located at 219 South Dearborn Street, Chicago, IL 60604, a Notice of Appeal.

                                           _____
                                           Attorney for Plaintiff

Gregory J. Abbott
Law Office of Gregory J. Abbott
5205 S. Washington Street
Downers Grove, IL 60515
(630) 963-7938

**Certificate of Service**

   I, Gregory J. Abbott, an attorney, certify that service was accomplished pursuant to ECF to Stephen H. DiNolfo, Ottosen, Trevarthen, Britz Kelly and Gilbert, 300 South County Farm Road, Third Floor, Wheaton, IL 60187 who is an e-filing user, on April 22, 2008.

Date: April 22, 2008        _____
                                 Gregory J. Abbott