

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

April 22, 2008

05cv4620    Brian Kodish vs. Oakbrook Terrace Fire Protection District  Der-Yeghiayan

The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P.3 (d). The record on this appeal is due on or before 5/13/08.

Circuit Rule 10 provides that the entire record except for certain miscellaneous procedural documents be forwarded to the Court of Appeals. If any of the automatically excluded items need to be included in the record, counsel has until 5/6/08 to inform the Clerk of the District Court; specifying in writing which are so required and the date of their filing (i.e. Descriptive list).

Counsel must ensure that Trial Exhibits to be included in the record which are not listed on the District Court docket and/or in the possession of the District Court Clerk are furnished to the Clerk on or before 5/6/08, together with a Exhibit List.

F.R.A.P. 10 (b) requires that within ten (10) days of the filing of the Notice of Appeal, the appellant order a transcript of such parts of the proceedings not already on file which he/she deems necessary for the record. Should appellant order less than the entire transcript, he/she is required to file and serve on appellee a description of the parts he/she intends to order. Under such circumstances, appellee has ten (10) days after service within which to order any additional parts of the transcript. Counsel in criminal cases should also be familiar with Circuit Rule 11(a) and 11(b).

In the event it becomes necessary to supplement the record on appeal with documents already on file with the Clerk, a court order will be required prior to any supplement being transmitted.

Sincerely,

Michael W. Dobbins, Clerk

By: _____
A. Rone, Deputy Clerk

*INCLUDED ITEMS*: ALL BRIEFS, MEMORANDA.
*ITEMS NOT INCLUDED*: NOTICE OF FILING, NOTICE OF MOTION, SUBPOENAS, SUMMONS, BONDS, STATUS HEARINGS, EXTENSIONS OF TIME, AFFIDAVITS, AFFIDAVITS OF SERVICE, NOTICES OF SETTING, DEPOSITION AND NOTICES, AND JURY LIST.